IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAMIRO CRUZ HERNANDEZ,<br><br>              Plaintiff,<br><br>vs.<br><br>LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns, et al.,<br><br>              Defendants. | 4:24-CV-3082<br><br>ORDER TO SHOW CAUSE |

    The plaintiff seeks declaratory, injunctive, and mandamus relief compelling U.S. Citizenship and Immigration Services to adjudicate his petition for employment authorization. Filing 1. There is good reason to question the Court's jurisdiction over that claim. *See Joshi v. Garland*, ___ F. Supp. 3d ___, No. 4:23-CV-3049, 2024 WL 1363947 (D. Neb. Mar. 31, 2024); *see also Thigulla v. Jaddou*, 94 F.4th 770 (8th Cir. 2024); *Chalamalesetty v. Jaddou*, No. 4:22-CV-3182, 2023 WL 6387976 (D. Neb. Sept. 29, 2023), *aff'd*, No. 23-3216, 2024 WL 1920254 (8th Cir. Apr. 30, 2024). Accordingly,

    IT IS ORDERED that on or before May 17, 2024, the plaintiff shall show cause why this case should not be dismissed without prejudice for lack of subject-matter jurisdiction.

    Dated this 3rd day of May, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge