IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAMIRO CRUZ HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns, et al.,<br><br>　　　　　Defendants. | 4:24-CV-3082<br><br>ORDER |

　　　The Court previously ordered the plaintiff in this case to show cause why the case should not be dismissed for lack of subject-matter jurisdiction. Filing 9. The plaintiff has not responded to the order to show cause.

　　　Accordingly, the Court finds cause has not been shown, that the Court lacks subject-matter jurisdiction based on the authority cited in the Court's order, and that the plaintiff has waived any argument to the contrary by failing to respond to the Court's order. Additionally, involuntary dismissal for failure to comply with the Court's order is within the Court's discretion. Fed. R. Civ. P. 41(b); see *Schooley v. Kennedy*, 712 F.2d 372, 373-74 (8th Cir. 1983). For those reasons,

　　　IT IS ORDERED:

　　　1.　The plaintiff's complaint is dismissed without prejudice.

　　　2.　A separate judgment will be entered.

　　　Dated this 20th day of May, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge